| | |
|---|---|
| CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>MICHAEL G. PITMAN (DCBN 484164)<br>Assistant United States Attorney<br>60 South Market Street, Suite 1200<br>San Jose, CA 95113<br>Telephone:   (408) 535-5040<br>Facsimile:    (408) 535-5081<br>Email: michael.pitman@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Nov 21 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEVEN RAY LITTLEJOHN,<br><br>    Defendant. | CASE NO. **CR 25-71400-MAG**<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about November 21, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐     Indictment

☐     Information

☐     Criminal Complaint

X     Other (describe): Petition For Warrant or Summons For Person Under Supervision, pending in the Central District of California, Case Number 2:18-cr-00037-VAP-1.

In that case (copy of Petition attached), the defendant is charged with a violating Title 18 United States Code, Section 3583(e)(3).

1     Description of Charges: Violation of the Terms of Supervised Release.

2     The maximum penalties are as follows: TBD

4     Date: November 21, 2025                             Respectfully Submitted,

                                                                       CRAIG H. MISSAKIAN
                                                                       United States Attorney

                                                                       <u>s/ Michael G. Pitman</u>
                                                                       MICHAEL G. PITMAN
                                                                       Assistant United States Attorney

v. 7/10/2018

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RECEIVED
USMS-C/CA-LA
7JULY2021
FID #10482728
REG #75769-112

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:18-CR-00037-VAP-1 |
| vs | |
| Deven Ray Littlejohn | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest <u>Deven Ray Littlejohn</u> and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint   ☐ Indictment   ☐ Information   ☐ Order of Court   ☒ Violation Petition
☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title __18__ United States Code, Section(s) __3583(e)(3)__

| Kiry K. Gray | | |
|---|---|---|
| NAME OF ISSUING OFFICER | | |
| Clerk of Court | May 21, 2020 | Los Angeles, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE | |
| /s/ Christine Chung | By: Virginia A. Phillips, Chief U.S. District Judge | |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

G-04 (10/15)                    WARRANT FOR ARREST

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

MAY 21, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

U.S.A. VS. Deven Ray Littlejohn                                  Docket No.: 2:18-CR-00037-VAP-1

**Petition on Probation and Supervised Release (Bench Warrant)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Deven Ray Littlejohn</u> who was placed on supervision by the Honorable <u>VIRGINIA A. PHILLIPS</u> sitting in the Court at <u>Los Angeles, California</u>, on the <u>11th</u> day of <u>September, 2019,</u> who fixed the period of supervision at <u>30 months</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **The original term of supervision imposed in this case on September 24, 2018, was revoked on September 11, 2019.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Deven Ray Littlejohn before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this <u>21st</u> day of <u>May</u>, 20<u>20</u> and ordered filed and made a part of the records in the above case.

_____/s/ Virginia A. Phillips_____
Chief United States District Judge
HONORABLE VIRGINIA A. PHILLIPS

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on May 3, 2020

MARISOL MARTINEZ         /S/
U. S. Probation & Pretrial Services Officer

Place: Santa Fe Springs, California

U.S.A.   VS   Deven Ray Littlejohn
Docket No    2:18-CR-00037-VAP-1

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to refrain from any unlawful use of a controlled substance, on or about March 26, 2020, Deven Ray Littlejohn used methamphetamine, as evidenced by the national laboratory analysis and confirmation of his urine sample and admission of use of that substance; and

2. Having been ordered by the Court to participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, as directed by the Probation Officer, on April 6, 10, 23 and 28, 2020, Deven Ray Littlejohn failed to report for random drug testing at Detection and Treatment Resources, Inc., in Long Beach, California; and

3. Having been ordered by the Court to refrain from any unlawful use of a controlled substance, on or about April 15, 2020, Deven Ray Littlejohn used methamphetamine, as evidence by initial laboratory analysis of his urine sample and admission of use of that substance; and

4. Having been ordered by the Court to refrain from any unlawful use of a controlled substance, on or about April 24, 2020, Deven Ray Littlejohn used amphetamine, as evidence by initial laboratory analysis of his urine sample; and

5. Having been ordered by the Court to participate in an outpatient substance abuse treatment and counseling program, on April 28, 2020, Deven Ray Littlejohn failed to report for telephonic individual substance abuse counseling at Detection and Treatment Resources, Inc.